IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-CR-1021 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| KENNETH MOORE, | 18 U.S.C. § 371: Conspiracy to Make False Statements to a Financial Institution |
| Defendant. | Counts 2-4 |
| | 18 U.S.C. § 1014: False Statements to a Financial Institution |

The Grand Jury charges:

## Introduction

1. At all times relevant to this Indictment:

   a. D.R. was a vice president and lending officer at Fidelity Bank & Trust ("FBT"), located in Dubuque, Iowa, in the Northern District of Iowa.

   b. FBT was a financial institution insured by the Federal Deposit Insurance Corporation.

   c. Defendant KENNETH MOORE was a general contractor and builder of residential buildings and houses in eastern Iowa and Illinois.

   d. D.R. was the lending officer for FBT with regard to a series of construction loans and lines of credit made by FBT to defendant

e. Each construction loan FBT made to defendant was tied to an individual building site, and FBT's collateral included the building and its contents at the particular site. Pursuant to the terms of the loan agreements, before FBT would disburse funds to defendant on a construction loan, defendant was required to submit a "payout" request and either receipts or lien waivers to draw proceeds from the loan. The receipts or lien waivers purportedly reflected the costs of materials and/or labor expended at the particular construction site to which the loan was tied. In practice, defendant would sometimes only provide an invoice or receipt to act as a request to draw funds from the loan. Whether in the form of a "payout" request, receipt, or lien waiver, the production of these documents to FBT are referred herein as a "draw request."

## Count 1
## Conspiracy to Make False Statements to a Financial Institution
### The Object of the Conspiracy

2. Beginning in approximately 2007 and continuing until at least August 2009, within the Northern District of Iowa and elsewhere, D.R., defendant, and others known and unknown to the United States, unlawfully, willfully, and knowingly combined, conspired, and agreed to make false statements to FBT, in violation of Title 18, United States Code Section 1014.

### Manner and Means of the Conspiracy

3. The conspiracy was accomplished in the following ways, among others:

a. Defendant would submit draw requests he knew to be false to D.R., seeking disbursement of loan proceeds. These draw requests falsely represented the funds would be used to pay for construction of a structure at one location and project when, in truth and fact, defendant knew he intended to use the funds to instead pay for work already performed at a different location and construction project.

b. D.R. would approve the draw requests knowing that the funds were not going to be used as represented. Specifically, D.R. knew the draw requests referenced and made in relation to locations and construction projects where work had not been performed as defendant claimed on the draw requests. D.R. knew defendant was using money received from FBT on these false and fraudulent draw requests for other purposes, namely to pay for work performed at other locations and construction projects.

c. D.R. would make false representations to other officers and employees at FBT regarding defendant's loans and progress on defendant's construction projects so as to conceal defendant's diversion of loan proceeds.

d. For example, one of defendant's construction projects funded by loans from FBT was a project located on North Clark Lane in Galena, Illinois ("North Clark Project"). This project was a single family home. Defendant made, and D.R. approved, draw requests for work purportedly performed on the North Clark Project as early as 2007, although ground was not broken on the project until spring of 2009. D.R. approved draw requests by defendant in which defendant

falsely represented the funds were being used to build the house at this location, knowing that defendant was, in truth and fact, not using the funds to pay for work performed at the North Clark Project and knew that such work had not been performed at the North Clark Project.

## Overt Acts

4.   In furtherance of the conspiracy and to effect the object of the conspiracy, D.R., defendant and others known and unknown, committed the following overt acts, among others, in the Northern District of Iowa:

   a.   On about June 24, 2009, defendant requested and D.R. approved payment to Northwest Electric for electric work purportedly performed at the North Clark Project.

   b.   On about July 23, 2009, defendant submitted a draw request and D.R. approved payment to D.K. for the construction of retaining walls purportedly performed at the North Clark Project.

   c.   On about August 24, 2009, defendant submitted a draw request and D.R. approved payment to Danner Plumbing for rough-in plumbing work purportedly performed at the North Clark Project.

   d.   On about August 24, 2009, defendant submitted a draw request and D.R. approved payment to Dave Hall Construction for framing labor purportedly performed at the North Clark Project.

## Counts 2 through 4

## False Statements to a Financial Institution

### Count 2

5.　On or about July 23, 2009, in the Northern District of Iowa, defendant knowingly made a false statement and report for the purpose of influencing the action of FBT, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with a loan and any change or extension of the loan, in that defendant submitted a draw request pursuant to a loan for the construction of retaining walls purportedly performed at the North Clark Project, when, in truth and in fact as defendant well knew, no retaining walls had been constructed at the North Clark Project.

6.　This was in violation of Title 18, United States Code, Section 1014.

### Count 3

7.　On or about August 24, 2009, in the Northern District of Iowa, defendant knowingly made a false statement and report for the purpose of influencing the action of FBT, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with a loan and any change or extension of the loan, in that defendant submitted a draw request pursuant to a loan for plumbing work purportedly performed at the North Clark Project, when, in truth and in fact as defendant well knew, no plumbing work had been performed at the North Clark Project.

8.　This was in violation of Title 18, United States Code, Section 1014.

## Count 4

9.  On or about August 24, 2009, in the Northern District of Iowa, defendant knowingly made a false statement and report for the purpose of influencing the action of FBT, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with a loan and any change or extension of the loan, in that defendant submitted a draw request pursuant to a loan for framing labor purportedly performed at the North Clark Project, when, in truth and in fact as defendant well knew, no framing labor had been performed at the North Clark Project.

10.  This was in violation of Title 18, United States Code, Section 1014.

A TRUE BILL

s/ Foreperson
Grand Jury Foreperson        Date 6/19/19

PETER E. DEEGAN, JR.
United States Attorney

By: /s/
ANTHONY MORFITT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 6/19/2019
ROBERT L. PHELPS, CLERK